NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**PHILIPS LIGHTING HOLDING B.V.,**
*Appellant*

**v.**

**WANGS ALLIANCE CORPORATION, DBA WAC LIGHTING CO.,**
*Appellee*

———————————

2017-1529

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2015-01291.

———————————

**JUDGMENT**

———————————

ARIANNA EVERS, Wilmer Cutler Pickering Hale and Dorr LLP, Washington, DC, argued for appellant. Also represented by ROBERT MANHAS; MARK CHRISTOPHER FLEMING, CYNTHIA D. VREELAND, Boston, MA.

TIGRAN VARDANIAN, Radulescu LLP, New York, NY, argued for appellee. Also represented by ETAI LAHAV, DAVID C. RADULESCU, MICHAEL D. SADOWITZ.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (MOORE, TARANTO, and CHEN, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


| March 7, 2018 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |